IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEITH ALAN DENTON, § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO.4:06-CV-282-Y |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Director, T.D.C.J. § | |
| Correctional Institutions Div., § | |
| Respondent. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Keith Alan Denton under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 28, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 19, 2007.

The Court, after <u>de novo</u> review, concludes that Denton's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Keith Alan Denton's petition for writ of habeas corpus is DENIED.

SIGNED March 21, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE